AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Westborough SPE LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-12017 |
| Town of Westborough ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Westborough SPE LLC                                                                                                              .

Date:   08/31/2023

/s/ Scott A. Schlager
*Attorney's signature*

Scott A. Schlager, BBO#695421
*Printed name and bar number*

Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, Massachusetts 02109

*Address*

sas@natgolaw.com
*E-mail address*

(617) 909-4511
*Telephone number*

(617) 210-4824
*FAX number*