UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

---------------------------------X

| | | |
|---|---|---|
| **WESTBOROUGH SPE LLC**, a Delaware limited liability company, | : | Civil Action #: |
| | : | _____ |
| *Plaintiff.* | : | |
| v. | : | |
| **TOWN OF WESTBOROUGH**, *a municipal corporation of The Commonwealth of Massachusetts*; **SHELBY MARSHALL**, *individually and in the official capacity as Select Board Member*; **IAN JOHNSON**, *individually and in the official capacity as Select Board Member*; **ALLEN EDINBERG**, *individually and in the official capacity as Select Board Member*; **SEAN KEOGH**, *individually and in the official capacity as Select Board Chair*; **PATRICK WELCH**, *individually and in the official capacity as Select Board Vice-Chair*; **PETER BLAUSTEIN**, *individually,* | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

---------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby states that it is a limited liability company formed under the laws of the State of Delaware. Westborough SPE LLC has one member: Mignonette Investments Limited, a British Virgin Islands limited partnership.

Respectfully submitted,

**WESTBOROUGH SPE LLC**, Plaintiff,

By its attorneys,

By: _/s/ Scott A. Schlager_____
Scott A. Schlager, BBO#695421
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, Massachusetts 02109
Tel. (617) 909-4511
Fax. (617) 210-4824
sas@natgolaw.com

**CERTIFICATE OF SERVICE**

I, Scott A. Schlager, Esq., hereby certify that a copy of the above-captioned document was served upon counsel of record in the above-captioned matter via the ECF system on August 31, 2023.

**/s/ Scott A. Schlager, BBO#695421**