

# TOWN OF WESTBOROUGH
# MASSACHUSETTS



PLAINTIFF'S EXHIBIT A

OFFICE OF THE TREASURER/COLLECTOR  
34 WEST MAIN STREET  
WESTBOROUGH, MA 01581-1998  
LINDA A. SMITH  

TELEPHONE  
(508)871-5142  
FAX  
(508)366-3099  

231 TURNPIKE ROAD, WESTBOROUGH, MA  
PARCEL: 32-48-0    BOOK/PAGE: 66983-53

16% interest to 5/16/23

| Year | Item | Amount | Totals | Notes | Value |
|---|---|---|---|---|---|
| 2018 | Tax Title Lien | $119,628.17 | | pd Q1/1/2 Q2 | $9,264,800.00 |
| | interest | $93,956.04 | | | |
| | Water Lien | | | | water/sewer included in tax lien |
| | Sewer Lien | | | | |
| | Interest | | $213,584.21 | | |
| | Per Diem | | | 52.44 | |
| 2019 | Tax Title Lien | $103,133.80 | | | $5,239,100.00 |
| | interest | $64,197.28 | | | |
| | Water Lien | | | | water/sewer included in tax lien |
| | Sewer Lien | | | | |
| | interest | | | | |
| | No Income | $250.00 | $167,581.08 | | |
| | Per Diem | | | 45.21 | |
| 2020 | Tax Title Lien | $102,963.48 | | | $5,239,100.00 |
| | interest | $48,068.54 | | | |
| | Water Lien | | | | water/sewer included in tax lien |
| | Sewer Lien | | | | |
| | interest | | | | |
| | No Income | $250.00 | $151,282.02 | | |
| | Per Diem | | | 45.14 | |
| 2021 | Tax Title Lien | $55,915.95 | | | $2,622,100.00 |
| | interest | $17,108.72 | | | |
| | Water Lien | | | | water/sewer included in tax lien |
| | Sewer Lien | | | | |
| | interest | | | | |
| | No Income | $250.00 | $73,274.67 | | |
| | Per Diem | | | 24.51 | |
| 2022 | RE | $36,885.70 | | | $1,994,900.00 |
| | interest | $11,075.82 | | | |
| | Water Lien | $198.36 | | | |
| | Sewer Lien | $208.44 | | | |
| | interest | $268.00 | | | |
| | No Income | $250.00 | $48,886.32 | | |
| | Per Diem | | | 16.17 | |
| 2023 | RE | $35,183.54 | | | $2,082,000.00 |
| | interest | $4,935.33 | | | |
| | Water Lien | $198.36 | | | |
| | Sewer Lien | $208.44 | | | |
| | interest | $236.26 | | | |
| | Per Diem | | | 15.42 | |

|  |  |  |
|---|---|---|
| No Income | $ 250.00 | $ 41,011.94 |
|  | $ 695,620.24 | $ 695,620.24 |

| | |
|---|---|
| NSTAR Lien | $ 9,900.53 |
| Boston Board Up | $ 14,438.55 |
| Ins. costs to date | $ 109,882.92 |
| EverSource costs | $ 2,757.92 |
| Appraisal | $ 6,000.00 |
| Legal fees: KP Law thru 2/28/23 - tax title | $ 24,110.75 |
| RFP | $ 20,591.22 |
| Legal fees: Iris Leahy thru 4/28/23 tax title | $ 34,027.47 |
| Filing fee | $ 515.00 |
| withdrawal ?? | $ 365.00 |
| recording fee?? | $ 105.00 |
|  | $ 222,694.36 |

**GRAND TOTAL** $ 918,314.60

** there could be additional charges in the days to come that could get added on, legal etc....

_Linda A. Smith_     5/3/2023
LINDA A SMITH     DATE
TREASURER/COLLECTOR

COMMONWEALTH OF MASSACHUSETTS
Worcester, ss
On this 3rd day of May, 2023 before me, the undersigned notary public, Linda Smith, Treasurer Collector personally appeared, provide to me through satisfactory evidence of identification, which were personally known to ME, to be the person who signed the preceding or attached document in my presence and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

_Deborah P. Ledoux_ (official signature and seal of notary public)

My Commission Expires: April 7, 2028

