# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT
## LAND COURT DEPARTMENT

PLAINTIFF'S EXHIBIT D

TAX LIEN CASE NO: 19 TL 000768

**TOWN OF WESTBOROUGH**
    Plaintiff
v.

**WESTBOROUGH SPE, LLC, et al.**
    Defendant

## WAIVER OF NOTICE AND ASSENT TO THE ENTRY OF JUDGMENT

I, _Peter Blaustein_, as Party of Interest by and/or through a Power of Attorney, as Court-Appointed Guardian, and as Conservator for F. Jan Blaustein a/k/a Jan Blaustein Scholes, in the above-referenced tax lien case, hereby waives her right to notice and assents to the previous entry of judgment with regards to the parcel listed below:

### DESCRIPTION OF PROPERTY:

PROPERTY: Land and any building(s) thereon
LOCATION: 231 Turnpike Road
ASSESSORS: 32-48-0
REGISTRY: Worcester District Registry of Deeds Book 19369, Page 75

CONTAINING: 29.336 AC (more or less)

WHEREFORE, I respectfully move this Honorable Court to enter an order allowing this waiver of notice and assent to the entry of judgment in favor of the Plaintiff.

Dated: _May 3, 2023_

Respectfully submitted by

_Peter Blaustein_
Printed Name      Title

Signature

State of California, County of San Mateo }ss.

On _May 3rd_, 20_23_ before me Dina N. Kolesnikov, Notary Public, personally appeared _Peter Blaustein_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary Signature



DINA N. KOLESNIKOV
COMM. #2386495
Notary Public - California
San Mateo County
My Comm. Expires Dec. 12, 2025