UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (WORCESTER)

Case # 4:23-cv-12017-MRG

| | |
|---|---|
| WESTBOROUGH SPE LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF WESTBOROUGH et als. | ) |
| Defendant. | ) |

## SUGGESTION OF BANKRUPTCY

An Involuntary Petition under Chapter 7 of the United States Bankruptcy Code has been filed with the United States Bankruptcy Court for the District of Massachusetts as of 10:32 AM Eastern Time on Thursday, August 31, 2023 that has been assigned case number 23-40709 and suggests that this action has been stayed by the operation of Title 11 U.S.C. § 362.

The undersigned certifies that a copy hereof has been furnished to counsel of record via the electronic filing system on August 31, 2023.

**I declare under penalty of perjury that the foregoing is true and correct**.

DEFENDANT WESTBOROUGH SPE LLC,

By its attorneys,

*/s/ Scott A. Schlager*

Scott A. Schlager, BBO#695421
NATHANSON & GOLDBERG, P.C.
183 State Street, 5th Floor
Boston, Massachusetts 02109
Tel:   617-909-4511 | Fax:   617-210-4824 | sas@natgolaw.com

**CERTIFICATE OF SERVICE**

I, Scott A. Schlager, Esq. hereby certify that a copy of the above Suggestion of Bankruptcy was served electronically to all parties of record via the ECF filing system on Thursday, August 31, 2023.

**/s/ Scott A. Schlager, BBO#695421**